Certificate Number: 12433-PAM-DE-040707399

Bankruptcy Case Number: 26-00326



12433-PAM-DE-040707399

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 6, 2026, at 11:15 o'clock PM EST, Fayeann M. Kishel completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 9, 2026                          By:      /s/Lisa Susoev

                                               Name:  Lisa Susoev

                                               Title:   Teacher