IN RE:                                              :
FAYEANN MICHELLE KISHEL,                             :
      Debtor                                    :     CHAPTER 13
                                                :
      JACK N. ZAHAROPOULOS                       :
      STANDING CHAPTER 13 TRUSTEE               :
      Movant                                    :     CASE NO.  5:26-BK-00326-MJC
                                                :
FAYEANN MICHELLE KISHEL,                             :
      Respondent                                :

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 6th day of April 2026 comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.      Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a.  The Plan is underfunded relative to claims to be paid.
    b.  Secured claim(s) is not in the Plan. (Claim #3 arrears).

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of Debtor(s)' Plan.
    b.  Dismiss or convert Debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 6th day of April 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee