United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Fayeann Michelle Kishel
        Debtor

Case No. 26-00326-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 3
Date Rcvd: Apr 06, 2026 | Form ID: ntcnfhrg | Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fayeann Michelle Kishel, 109 Rolling Meadows Road, Saylorsburg, PA 18353-9388 |
| 5792613 | + | American First Finance, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5778680 | | CASELLA WASTE SYSTEMS INC, PO BOX 5546, BINGHAMTON, NY 13902-5546 |
| 5778684 | + | GREGG L MORRIS ESQ, PATENAUDE & FELIX, 2400 ANSYS DRIVE, STE 402-B, CANONSBURG, PA 15317-0403 |
| 5778687 | + | LEHIGH VALLEY HOSPITAL-POCONO, 206 EAST BROWN STREET, EAST STROUDSBURG, PA 18301-3006 |
| 5778690 | + | MICHAEL A. PETRILLO, D.M.D., P.C., 2019 INDUSTRIAL WAY, BETHLEHEM, PA 18017-2160 |
| 5778693 | + | NORA LORENZO-GREEN, 3310 MOUNTAIN LAUREL DRIVE, EAST STROUDSBURG, PA 18301-8124 |
| 5778700 | + | TRANSWORLD SYSTEMS, PO BOX 17157, WILMINGTON, DE 19850-7157 |
| 5778701 | | VERIZON WIRELESS, PO BOX 65005, DALLAS, TX 75265 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5778697 | | Email/Text: akron_patient_services@teamhealth.com | Apr 06 2026 18:47:00 | TEAMHEALTH, AKRON BILLING CENTER, 3585 RIDGE PARK DRIVE, AKRON, OH 44333-8203 |
| 5778677 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2026 18:56:18 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5778678 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Apr 06 2026 18:47:00 | AMERICAN FIRST FINANCE, PO BOX 565848, DALLAS, TX 75356-5848 |
| 5786786 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2026 18:56:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5778679 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 06 2026 18:47:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5778681 | | Email/Text: mrdiscen@discover.com | Apr 06 2026 18:47:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5778682 | | Email/Text: argbsref@geico.com | Apr 06 2026 18:47:00 | GEICO, PO BOX 70775, PHILADELPHIA, PA 19176-0775 |
| 5778683 | | Email/Text: bankruptcy@glsllc.com | Apr 06 2026 18:47:00 | GLOBAL LENDING SERVICES LLC, PO BOX 10437, GREENVILLE, SC 29603 |
| 5786728 | | Email/Text: bankruptcy@glsllc.com | Apr 06 2026 18:47:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5778685 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2026 18:48:00 | JEFFERSON CAPITAL LLC, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 5778686 | ^ | MEBN | Apr 06 2026 18:45:55 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5778688 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2026 18:56:14 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, |

| | | | |
|---|---|---|---|
| | | | GREENVILLE, SC 29602-1269 |
| 5792161 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2026 18:56:10 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5778689 | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 06 2026 18:47:00 | MET-ED, PO BOX 16001, READING, PA 19612-6001 |
| 5781322 | + Email/Text: BankruptcyEast@firstenergycorp.com | Apr 06 2026 18:47:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5778691 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 06 2026 18:47:00 | NJ E-ZPASS, P.O. BOX 4971, TRENTON, NJ 08650 |
| 5778692 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 06 2026 18:47:00 | NJ TURNPIKE AUTHORITY, PO BOX 4971, TRENTON, NJ 08650 |
| 5778694 | ^ MEBN | Apr 06 2026 18:46:05 | PA TURNPIKE TOLL BY PLATE, PO BOX 645631, PITTSBURGH, PA 15264-5254 |
| 5790506 | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2026 18:47:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5778695 | + Email/Text: bankruptcyteam@rocketmortgage.com | Apr 06 2026 18:48:00 | ROCKET MORTGAGE, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5785768 | + Email/Text: bankruptcyteam@rocketmortgage.com | Apr 06 2026 18:48:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5778696 | ^ MEBN | Apr 06 2026 18:46:11 | ST LUKE'S UNIVERSITY HEALTH NETWORK, PO BOX 604152, CHARLOTTE, NC 28260-4152 |
| 5778698 | ^ MEBN | Apr 06 2026 18:46:13 | TOLLS BY MAIL, PO BOX 15183, ALBANY, NY 12212-5183 |
| 5778699 | Email/Text: bankruptcydepartment@tsico.com | Apr 06 2026 18:48:00 | TRANSWORLD SYSTEMS, PO BOX 15110, WILMINGTON, DE 19850-5110 |
| 5792681 | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2026 18:56:10 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Fayeann Michelle Kishel rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Fayeann Michelle Kishel lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Fayeann Michelle Kishel,
aka Fayeann M. Kishel, aka Fayeann Kishel,

Chapter     13

**Debtor 1**

Case No.     5:26−bk−00326−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 21, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 28, 2026<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 6, 2026 |

ntcnfhrg (08/21)